## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   GREGORY KING　　　　　　　　　　§　　　　Case No.: 09-18538
　　　　 THERESA L KING　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　　　　　　　§

------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 05/22/2009.

　　2)　This case was confirmed on 09/24/2009.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/24/2009.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5)　The case was converted on 05/20/2010.

　　6)　Number of months from filing to the last payment:  9

　　7)　Number of months case was pending:  13

　　8)　Total value of assets abandoned by court order:  NA

　　9)　Total value of assets exempted: $     1,500.00

　　10)　Amount of unsecured claims discharged without payment $       .00

　　11)　All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 7,780.00 |
| Less amount refunded to debtor | $ 10.71 |
| **NET RECEIPTS** | $ 7,769.29 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 551.62 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,051.62 |
| Attorney fees paid and disclosed by debtor | $ 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CENTRAL MORTGAGE CO | SECURED | 105,240.00 | .00 | .00 | .00 | .00 |
| ADVANTA BANK CORP/UT | UNSECURED | 5,638.78 | 5,638.78 | 5,638.78 | 373.14 | .00 |
| BANK OF AMERICA NA | UNSECURED | 31,914.22 | NA | NA | .00 | .00 |
| FIA CARD SERVICES NA | UNSECURED | 7,188.73 | 7,188.73 | 7,188.73 | 475.70 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 776.05 | 776.05 | 776.05 | 44.71 | .00 |
| WOMENS HEALTHCARE OF | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | 2,910.26 | 2,910.26 | 2,910.26 | 192.59 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 50.00 | 50.00 | 50.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,428.67 | 1,428.67 | 1,428.67 | 94.54 | .00 |
| FIA CARD SERVICES NA | UNSECURED | .00 | 31,914.22 | 31,914.22 | 2,111.87 | .00 |
| GE CAPITAL CREDIT CA | UNSECURED | .00 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | 10,367.52 | 10,367.52 | 10,367.52 | 686.05 | .00 |
| LANE BRYANT RETAIL S | UNSECURED | .00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 2,151.37 | 2,151.37 | 2,151.37 | 142.36 | .00 |
| NICOR GAS | UNSECURED | .00 | NA | NA | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| THORNTON TOWNSHIP | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| US DEPT OF EDUCATION | UNSECURED | 3,136.76 | 3,136.76 | 3,136.76 | 207.57 | .00 |
| VILLAGE OF FLOSSMOOR | UNSECURED | .00 | NA | NA | .00 | .00 |
| VILLAGE OF FLOSSMOOR | UNSECURED | .00 | NA | NA | .00 | .00 |
| CENTRAL MORTGAGE CO | UNSECURED | 99,105.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 543,865.00 | .00 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 87,000.00 | 146,527.98 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | 8,584.34 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | 68,112.32 | NA | NA | .00 | .00 |
| DIAMOND RESORTS | SECURED | 1,000.00 | .00 | .00 | .00 | .00 |
| DIAMOND RESORTS | UNSECURED | .00 | NA | NA | .00 | .00 |
| STATE FARM INSURANCE | SECURED | 37,625.00 | .00 | .00 | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | 1,153.00 | NA | NA | .00 | .00 |
| STATE FARM CREDIT UN | OTHER | NA | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |
| CRAIG YALE & ASSOCIA | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CRAIG G YALE & ASSOC | UNSECURED | .00 | 21,037.00 | 21,037.00 | 389.14 | .00 |
| CITY OF CHICAGO | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 86,599.36 | 4,717.67 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,051.62 |
| Disbursements to Creditors | $ | 4,717.67 |
| **TOTAL DISBURSEMENTS:** | $ | 7,769.29 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   06/10/2010                                      /s/ Tom Vaughn
                                                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**